FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 19, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELENA MARKHAM,<br><br>                    Plaintiff,<br><br>        v.<br><br>HOLLY HAMILTON,<br><br>                    Defendant. | No.   2:21-cv-00176-SMJ<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge Rodgers's June 28, 2021 Report and Recommendation, ECF No. 4, recommending that the Court dismiss this matter without prejudice. No objections have been filed.

After reviewing the Report and Recommendation and relevant authorities, the Court finds the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 4**, is **ADOPTED** in its entirety.

2. Plaintiff's Complaint, **ECF No. 1**, is **DISMISSED WITHOUT PREJUDICE**.

ORDER ADOPTING REPORT AND RECOMMENDATION – 1

3. Plaintiff must provide **notice of the dismissal** to any and all Defendant(s) she served with a copy of the Complaint and Summons.

4. The Clerk's Office is directed to **ENTER JUDGMENT** and **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to *pro se* Plaintiff and Magistrate Judge Rodgers.

**DATED** this 19th day of July 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge